SEALED

E-FILED
Tuesday, 04 January, 2022 08:54:27 AM
Clerk, U.S. District Court, ILCD

NOV - 2 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 21-CR-20063 |
| vs. | ) ) | Title 18, United States Code, Section 922(g)(1) |
| TODD HERRING, | ) ) | |
| Defendant. | ) ) | |

# INDICTMENT

## COUNT 1
### (Possession of a Firearm by a Felon)

**THE GRAND JURY CHARGES:**

On or about June 23, 2021, in Vermilion County, in the Central District of Illinois,

**TODD HERRING,**

defendant herein, knowing that he had previously been convicted in the United States District Court for the Central District of Illinois and a court in the State of Illinois of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Glock 9mm handgun bearing serial number BTNN601.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference the allegations of Count One of this Indictment as though fully set forth herein, for the purpose of

alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.    On or about June 23, 2021, in the Central District of Illinois,

**TODD HERRING,**

defendant herein, did engage in a knowing violation of Title 18, United States Code, Section 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, a Glock 9mm handgun bearing serial number BTNN601 and all ammunition contained therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.
s/Foreperson

_____
FOREPERSON

s/Gregory Gilmore

_____
DOUGLAS QUIVEY
Acting United States Attorney
BDF  *BDF*